UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-07820-SPG(ASx) | Date | August 30, 2023 |
|---|---|---|---|
| Title | TBK Bank, SSB v. Aboyan Brothers Trucking, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before September 6, 2023,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

The docket reflects that Plaintiff is not actively pursuing this matter. When the instant action was stayed as to Defendant Artuyn Aboyan only, on March 2, 2023, the Court ordered Plaintiff to file successive reports on the status of the litigation every 90 days. (ECF No. 27). The Court again clarified in a further order, that Plaintiff was to file a Status Report by August 1, 2023. (ECF No. 29). Plaintiff has failed to do so.

//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-07820-SPG(ASx) | Date | August 30, 2023 |
|---|---|---|---|
| Title | TBK Bank, SSB v. Aboyan Brothers Trucking, Inc. et al | | |

Plaintiff can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

**IT IS SO ORDERED**.

_____ : _____

Initials of Preparer   pg