UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-07820-SPG-AS | Date | January 23, 2024 |
|---|---|---|---|
| Title | TBK Bank, SSB v. Aboyan Brothers Trucking, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The docket reflects that Plaintiff is not actively pursuing this matter. When the instant action was stayed on March 2, 2023 as to Defendant Artuyn Aboyan only, the Court ordered Plaintiff to file successive reports on the status of the litigation every 90 days. (ECF No. 27). The Court again clarified in a further order that Plaintiff was to file a Status Report by August 1, 2023. (ECF No. 29). Plaintiff has repeatedly failed to do so.

Most recently, on August 30, 2023, the Court issued an Order to Show Cause for Lack of Prosecution. (ECF No. 30). Plaintiff filed a Status Report on September 5, 2023, requesting the Court set a status conference in ninety days to allow plaintiff to proceed with discovery. (ECF No. 31). In response, on September 6, 2023, the Court ordered Plaintiff to issue a further status report by December 6, 2023. (ECF No. 32).To date, no such report has been filed, nor has plaintiff sought default judgment.

Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, on or before January 29, 2024, why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action. Plaintiff can also satisfy this order by seeking default judgment or by filing a notice of dismissal and proposed order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 22-7820-SPG-AS | Date | January 22, 2024 |
|---|---|---|---|
| Title | TBK Bank, SSB v. Aboyan Brothers Trucking, Inc. et al | | |

**IT IS SO ORDERED**.

_____ : _____

Initials of Preparer   pg