UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CV 22-07820-SPG-AS | JS-6 | Date | November 25, 2024 |
| Title | TBK, Bank, SSB v. Aboyan Brothers Trucking, Inc. et al | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER OF DISMISSAL

The docket reflects that Plaintiff TBK Bank, SSB ("Plaintiff") is not actively pursuing this matter. On November 14, 2024, the Court issued an order requiring Plaintiff to show cause for its lack of prosecution. (ECF No. 37 ("Order")). The Order required Plaintiff to file any response by November 22, 2024, and provided that Plaintiff's failure to do so would be deemed consent to dismissal of this action without further notice. (*Id.*).

Plaintiff has not complied with the Order. Accordingly, the Court DISMISSES this action, without prejudice, and directs the Clerk of Court to close this case.

**IT IS SO ORDERED**.

00 : 00

Initials of Preparer   pg